MICHELLE R. GHIDOTTI (27180)
THE LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Partners for Payment Relief DE II, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:16-bk-08714-PS |
| Joe & Frances Delgado | **Chapter 13** |
| Debtors. | |
| Partners for Payment Relief DE II LLC | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF** |
| Movant, | Re: Real property located at 5828 W Redfield Road, Glendale AZ 85306 |

I, **Robert Paulus**, declare under penalty of perjury as follows:

1. I am an employee of Partners for Payment Relief DE II LLC its successors and/or assignees, which is the entity that has the right to foreclose by virtue of being the owner and holder of the note. This declaration is provided in support of the Motion for the Relief from Stay ("the Motion").

2. I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge. It is my business practice to maintain these records in the regular course of business.

3. Movant has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings where appropriate. All activities on the loan advanced by Movant were advanced in accordance with the terms of the Deed of Trust and Note.

4. The borrowers, Joe and Frances Delgado, have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion ("the Note"). Pursuant to that certain Deed of Trust referenced in the Motion ("the Deed of Trust"), all obligations of the Debtor under and with respect to the Note and the Deed of Trust are secured by the property referenced in the Motion.

5. As of 6/05/2018, the unpaid principal balance of the Note was $21,531.94.

6. As of 6/08/2018, there are one or more defaults in paying post-petition amounts due, pursuant to the terms of the Note, as set forth below.

POST-PETITION DELINQUENCIES:

| | | | | |
|---|---|---|---|---|
| Monthly Payments: | 23 | at | $129.82 | $2,985.86 |
| Late Charges | | | | $434.83 |
| Total Post-petition Delinquencies: | | | | $3,420.69 |

7. The next payment under the terms of the Note will come due 7/1/2018 and is in the amount of $129.82.

8. Attached hereto as **Exhibit "E"** is a post-petition payment history.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2018 (Date) Berwyn (City), PA (State)

_____
Signature

_____
Print Name: Robert Paulus