MICHELLE R. GHIDOTTI (27180)
THE LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Partners for Payment Relief DE II, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:16-bk-08714-PS |
| Joe & Frances Delgado | **Chapter 13** |
| Debtors. | |
| Partners for Payment Relief DE II LLC | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OF ESTATE PROPERTY** |
| Movant, | |
| | Re: Real property located at 5828 W Redfield Road, Glendale AZ 85306 |

**NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from the Automatic Stay and Abandonment of Estate Property, the details of which are as follows:

Movant has requested termination of the stay in that Debtor is in default on a lien secured by real property described as follows: 5828 W Redfield Road, Glendale AZ 85306. Movant is further requesting that the aforementioned real property be abandoned from the bankruptcy estate.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rules 4001 and 6007,

1

2:09-bk-20079-EPB
Notice of Filing

Case 2:16-bk-08714-PS   Doc 27   Filed 07/20/18   Entered 07/20/18 10:48:48   Desc
Main Document    Page 1 of 2

if no written objection is filed with the Court and a copy served on Movant, whose address is:

>Michelle Ghidotti, Esq.
>THE LAW OFFICES OF MICHELLE GHIDOTTI
>1920 Old Tustin Avenue
>Santa Ana, CA 92705

**WITHIN FOURTEEN (14) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay and Abandonment of Estate Property may be granted without further hearing. Movant's proposed form of Order is attached hereto.

THE LAW OFFICE OF MICHELLE GHIDOTTI

Dated: 7/20/2018      By:   /s/ Michelle R. Ghidotti, Esq.
                            MICHELLE R. GHIDOTTI
                            1920 Old Tustin Ave.
                            Santa Ana, CA 92705
                            Attorneys for Movant