Leonard V. Sominsky, Esq. #020013
**LEONARD V. SOMINSKY, ESQ., P.C.**
2700 N. 3rd St., Suite 2006
Phoenix, Arizona  85004
Telephone: (602) 256-9800
INFO@LVSLAW.NET
Counsel for Respondent

LS00123-00/lvs
RespMFRnew1.wpd

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| *JOE A. DELGADO* | ) | Chapter 13 |
| | ) | |
| and | ) | Case *No. 2:16-08714-PS* |
| | ) | |
| *FRANCES M. DELGADO* | ) | |
| Debtors, | ) | |
| _____ | ) | |
| Partners for Payment Relief DE II, LLC. | ) | |
| | ) | Contested Matter NO. |
| | ) | |
| Movant, | ) | |
| v. | ) | **DEBTORS RESPONSE IN** |
| | ) | **OPPOSITION TO MOTION FOR** |
| | ) | **RELIEF FROM AUTOMATIC** |
| *JOE A. DELGADO* | ) | **STAY** |
| | ) | |
| and | ) | |
| | ) | |
| *FRANCES M. DELGADO*, | ) | |
| Respondents. | ) | |
| _____ | ) | |

**COME NOW**, the Respondents Mr. & Mrs. Delgado, by and through their undersigned counsel, Leonard V. Sominsky, and for their response in opposition to the Motion for Relief alleges as follows:

1. Respondents admit to having possession of the

property as alleged, and would demonstrate at trial why continued possession of the property is necessary and appropriate.

2. Respondents would further demonstrate that the Movant is adequately protected, based on the existence of insurance against casualty and loss and in the alternative a sufficient equity cushion.

3. Respondents dispute the alleged arrearage and would prove payments not credited.

4. The property at issue is Respondents residence and, as such, reasonably necessary for a successful reorganization.

5. Respondents would attempt to cure any arrearage and counsel would facilitate resolution of Movant's action.

6. Respondents hereby request a hearing.

**WHEREFORE**, this Court should deny the Movant's Motion for Relief.

**RESPECTFULLY SUBMITTED** this August 6, 2018.

        **LEONARD V. SOMINSKY, ESQ., P.C.**

        By:/S/ <u>Leonard V. Sominsky</u>
        Leonard V. Sominsky, Esq. #020013
        **LEONARD V. SOMINSKY, ESQ., P.C.**
        2700 N. 3rd St., Suite 2006
        Phoenix, Arizona 85004
        Telephone: (602) 256-9800
        Counsel for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been mailed to the following:

Michelle R. Ghidotti, Esq.
1920 Old Tustin Ave.
Santa Ana, CA 92705
Attorneys for Movant

Edward J. Maney, Trustee
101 N. First Ave, #1775
Phoenix, AZ 85003

Executed this August 6, 2018.

/s/20013-Leonard V. Sominsky