MICHELLE R. GHIDOTTI (27180)
THE LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Partners for Payment Relief DE II, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA – PHOENIX DIVISION

In re:

Joe & Frances Delgado

Debtors.

Partners for Payment Relief DE II LLC

Movant,

CASE NO.: 2:16-bk-08714-PS

**Chapter 13**

**SUPPLIMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF**

Re: Real property located at
5828 W Redfield Road, Glendale AZ 85306

I, \_\_\_\_Robert Paulus\_\_\_\_, declare under penalty of perjury as follows:

1. I am an employee of Partners for Payment Relief DE II LLC its successors and/or assignees, which is the entity that has the right to foreclose by virtue of being the owner and holder of the note. This declaration is provided in support of the Motion for the Relief from Stay ("the Motion").

2. I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge. It is my business practice to maintain these records in the regular course of business.

3. Movant has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings where appropriate. All activities on the loan advanced by Movant were advanced in accordance with the terms of the Deed of Trust and Note.

4. The borrowers, Joe and Frances Delgado, have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion ("the Note"). Pursuant to that certain Deed of Trust referenced in the Motion ("the Deed of Trust"), all obligations of the Debtor under and with respect to the Note and the Deed of Trust are secured by the property referenced in the Motion.

5. As of 11/21/2018, the unpaid principal balance of the Note was $19,241.49.

6. As of 11/21/2018, there are one or more defaults in paying post-petition amounts due, pursuant to the terms of the Note, as set forth below.

POST-PETITION DELINQUENCIES:

| | | | | |
|---|---|---|---|---|
| Monthly Payments: | 28 | at | $129.82 | $3,634.96 |
| Late Charges | | | | $434.83 |
| Total Post-petition Delinquencies: | | | | $4,069.79 |

7. The next payment under the terms of the Note will come due 12/1/2018 and is in the amount of $129.82.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/21/2018 (Date) Berwyn (City), PA (State)

_Robert Paulus_ (Signature)

Robert Paulus
Print Name

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Creditor
Partners for Payment Relief DE II, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 2:16-bk-08714-PS |
| Joe Delgado and Frances Delgado, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 21, 2018 I served the following documents described as:

1

Case 2:16-bk-08714-PS    Doc 30ERTFiledIC11/21/18F SERvteered 11/21/18 11:51:39    Desc
Main Document    Page 4 of 5

- **SUPPLIMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor** <br> JOE A DELGADO <br> 5828 WEST REDFIELD ROAD <br> GLENDALE, AZ 85306 <br><br> **Joint Debtor** <br> FRANCES M DELGADO <br> 5828 WEST REDFIELD ROAD <br> GLENDALE, AZ 85306 <br><br> **Debtor's Counsel** <br> LEONARD V. SOMINSKY <br> LEONARD V. SOMINSKY, ESQ., PC. <br> 2700 N. 3RD STREET <br> SUITE 2006 <br> PHOENIX, AZ 85004 | **Trustee** <br> EDWARD J. MANEY <br> 101 N. FIRST AVE., SUITE 1775 <br> PHOENIX, AZ 85003 <br><br> **U.S. Trustee** <br> OFFICE OF THE U.S. TRUSTEE <br> 230 NORTH FIRST AVENUE <br> SUITE 204 <br> PHOENIX, AZ 85003 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on November 21, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller

2